UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICK LAVON FLEMING

        Plaintiff,

Case No: 12-CV-11268-DT

v.

COMMISSIONER OF SOCIAL SECURITY

        Defendant.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Overruling Plaintiff's Objections, Adopting the Magistrate Judge's Report and Recommendation, and Granting the Defendant's Motion to Dismiss entered on December 31, 2012

Judgment is entered for defendant Commissioner of Social Security and against plaintiff Rick Lavon Fleming.

ENTERED BY ORDER OF THE COURT

S/Lisa Wagner
LISA WAGNER, Deputy Clerk and Case
Manager to Judge Robert H. Cleland
(313) 234-5522

Dated: December 31, 2012

12/31/12: PDK:S:\Cleland\LISA\H H S\jgmssc2.wpd